UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | : | |
|---|---|---|
| John Vaughan, | : | |
| | : | CASE NO. 1:12-CV-325 |
| Plaintiff, | : | |
| | : | |
| vs. | : | OPINION & ORDER |
| | : | [Resolving Doc. Nos. 1 & 18] |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff John Vaughan challenges the final decision of the Commissioner of Social Security, denying Plaintiff's claim for supplemental social security income. [Doc. 1.] Specifically, Plaintiff Vaughan asserts two assignments of error: first, that there was not substantial evidence to support the Administrative Law Judge's ("ALJ") finding that Plaintiff's alleged visual impairment was not severe; and second, that the ALJ failed to properly explain the weight she assigned to the medical opinions in the record. [Doc. 14.]

This matter was referred to Magistrate Judge Vernelis K. Armstrong pursuant to Local Rule 72.2. On January 7, 2013, Magistrate Judge Armstrong recommended that the Commissioner's decision denying benefits be affirmed. [Doc. 18.]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a

-1-

Case No. 1:12-CV-325
Gwin, J.

party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt the magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In this case, neither party has objected to the Magistrate Judge's recommendation. Moreover, having conducted its own review of the record and the parties' briefs in this case, the Court agrees with the conclusions of Magistrate Judge Armstrong.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Armstrong's Report and Recommendation and incorporates it fully herein by reference, and **AFFIRMS** the decision of the Commissioner of Social Security.

IT IS SO ORDERED.


Dated: February 6, 2013            s/ *James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE